IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

MITEL NETWORKS CORPORATION and   )     Civil Action
MITEL (DELAWARE), INC.,           )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )
                                  )
FACEBOOK, INC.,                   )
                                  )
          Defendant.              )     12-325-GMS

- - -

Wilmington, Delaware
Thursday, November 15, 2012
9:30 a.m.
Telephone Conference

- - -

BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge

APPEARANCES:

        SUSAN MORRISON COLETTI, ESQ.
        Fish & Richardson P.C.
                 -and-
        LINDA LIU KORDZIEL, ESQ.
        Fish & Richardson P.C.
        (Washington, D.C.)

                        Counsel for Plaintiffs

        STEVEN L. CAPONI, ESQ.
        Blank Rome LLP

                        Counsel for Defendant

THE COURT:  Good morning, counsel.  Who is on the line for Mitel?

MS. COLETTI:  Good morning, Your Honor.  Susan Coletti from Fish & Richardson on behalf of Mitel.  With me I have Linda Kordziel from our Washington, D.C. office.

MS. KORDZIEL:  Good morning, Your Honor.

THE COURT:  For the defendant.

MR. CAPONI:  Your Honor, Steve Caponi from Blank Rome for Facebook.

THE COURT:  Okay.  What's our problem?

MS. KORDZIEL:  Your Honor, Linda Kordziel.

The parties have been negotiating a protective order.  Facebook had proposed adding a prosecution bar to the protective order.  In the past couple weeks, the parties have been negotiating that.  On Mitel's behalf, we are willing to add some sort of bar in, but there is a couple of areas of disagreement in the proposal, which I can sort of just highlight.

THE COURT:  No.  I don't want them highlighted yet.  I want to know why you haven't reached agreement, why the Court is spending its time on something like this.

MS. KORDZIEL:  Your Honor, we feel Facebook's proposal is too broad and it would cover not only this case but other cases.  We also feel that it's one-sided.

Facebook filed a reexam with respect to one of

the patents in suit.  In their proposal, it allowed them, their counsel also to work on the reexam.  However, for Mitel's counsel, the bar would work so that we would not be able to work on the reexam.

THE COURT:  What does Facebook say as to why you haven't reached an accord on this?

MR. CAPONI:  Your Honor, I think it comes down to one particular issue that's pretty fundamental because one of the patents at issue in this case is in reexam.

THE COURT:  What is the fundamental issue?

MR. CAPONI:  The fundamental issue is whether lawyers at Fish & Richardson, not the entire firm, just the lawyers that have access to Facebook's confidential information, if they can also work on the reexam.  And we view that as being fairly fundamental, because if they have access to Facebook's confidential information, they can then tailor the claims in the reexam around our specific source code.

THE COURT:  Counsel, I have heard enough.  Go back, figure it out.  Work it out.  If you can't work it out, don't come back to me.  There will be no patent prosecution bar -- or there will be or there will be no confidentiality agreement.  Work it out.

(Counsel respond "Thank you, Your Honor.")

- - -

(Conference concluded at 9:35 a.m.)

- - -

Reporter:   Kevin Maurer