# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:12−cv−00325−GMS

| | |
|---|---|
| Mitel Networks Corporation et al v. Facebook Inc. | Date Filed: 03/16/2012 |
| Assigned to: Judge Gregory M. Sleet | Date Terminated: 05/01/2013 |
| Cause: 35:271 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mitel Networks Corporation**  represented by  **Susan Morrison Coletti**
Fish &Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899−1114
(302) 778−8434
Email: coletti@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Lee Halkowski**
Fish &Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899−1114
(302)652−5070
Email: halkowski@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AnnaMartina Tyreus Hufnal**
Fish &Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899−1114
302−778−8471
Fax: 302−652−0607
Email: hufnal@fr.com
*ATTORNEY TO BE NOTICED*

**Cherylyn E. Mizzo**
Email: mizzo@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda Liu Kordziel**
Email: kordziel@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mitel (Delaware) Inc.** | represented by | **Susan Morrison Coletti** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas Lee Halkowski** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **AnnaMartina Tyreus Hufnal** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Facebook Inc.** | represented by | **Steven L. Caponi** |
| | | Blank Rome LLP |
| | | 1201 North Market Street |
| | | Suite 800 |
| | | Wilmington, DE 19801–4226 |
| | | (302) 425–6400 |
| | | Email: caponi@blankrome.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Andrew Mace** |
| | | Email: amace@cooley.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brian P. Wikner** |
| | | Email: bwikner@cooley.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Heidi L. Keefe** |
| | | Email: hkeefe@cooley.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Mark R. Weinstein** |
| | | Email: mweinstein@cooley.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Michael G. Rhodes** |
| | | Email: rhodesmg@cooley.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2012 | Ï 1 | COMPLAINT filed with Jury Demand against Facebook Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 311−1040023.) – filed by Mitel Networks Corporation, Mitel (Delaware) Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(dmp, ) (Entered: 03/19/2012) |
| 03/16/2012 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (dmp, ) (Entered: 03/19/2012) |
| 03/16/2012 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 7,292,685; 5,940,834;. (dmp, ) (Entered: 03/19/2012) |
| 03/16/2012 | Ï 4 | Disclosure Statement pursuant to Rule 7.1 filed by Mitel (Delaware) Inc. identifying Corporate Parent Mitel US Holdings Inc. for Mitel (Delaware) Inc.. (dmp, ) (Entered: 03/19/2012) |
| 03/19/2012 | Ï | Summons Issued with Magistrate Consent Notice attached as to Facebook Inc. on 3/19/2012. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302−573−6170 and ask the Clerk to mail the summons to them. (dmp, ) (Entered: 03/19/2012) |
| 03/20/2012 | Ï 5 | Return of Service Executed by Mitel Networks Corporation, Mitel (Delaware) Inc.. Facebook Inc. served on 3/19/2012, answer due 4/9/2012. (Hufnal, A. Martina) (Entered: 03/20/2012) |
| 03/28/2012 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 03/28/2012) |
| 03/30/2012 | Ï 6 | Joint MOTION for Extension of Time to File Answer re 1 Complaint, *and Proposed Order* – filed by Facebook Inc.. (Caponi, Steven) (Entered: 03/30/2012) |
| 04/02/2012 | Ï | SO ORDERED, re 6 Joint MOTION for Extension of Time to File Answer re 1 Complaint, *and Proposed Order* filed by Facebook Inc. Set/Reset Answer Deadlines: Facebook Inc. answer due 5/9/2012. Ordered by Chief Judge Gregory M. Sleet on 4/2/12. (mmm) (Entered: 04/02/2012) |
| 05/09/2012 | Ï 7 | MOTION for Pro Hac Vice Appearance of Attorney Heidi L. Keefe – filed by Facebook Inc.. (Attachments: # 1 Certification by Counsel)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/09/2012 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney Mark R. Weinstein – filed by Facebook Inc.. (Attachments: # 1 Certification by Counsel)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/09/2012 | Ï 9 | MOTION for Pro Hac Vice Appearance of Attorney Brian Wikner – filed by Facebook Inc.. (Attachments: # 1 Certification by Counsel)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/09/2012 | Ï 10 | MOTION for Pro Hac Vice Appearance of Attorney Andrew Mace – filed by Facebook Inc.. (Attachments: # 1 Certification by Counsel)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/09/2012 | Ï 11 | MOTION for Pro Hac Vice Appearance of Attorney Michael Rhodes – filed by Facebook Inc.. (Attachments: # 1 Certification by Counsel)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/09/2012 | Ï | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Heidi L. Keefe filed by Facebook Inc., 8 MOTION for Pro Hac Vice Appearance of Attorney Mark R. Weinstein filed by Facebook Inc., 10 MOTION for Pro Hac Vice Appearance of Attorney Andrew Mace filed by Facebook Inc., 9 MOTION for Pro Hac Vice Appearance of Attorney Brian Wikner filed by Facebook Inc., 11 MOTION for Pro Hac Vice Appearance of Attorney Michael Rhodes filed by Facebook Inc. Ordered by Chief Judge Gregory M. Sleet on 5/9/2012. (asw) (Entered: 05/09/2012) |
| 05/09/2012 | Ï 12 | MOTION to Dismiss Based upon Pursuant to Fed. R. Civ. P. 12(B)(6) – filed by Facebook Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Notice of Motion, # 2 Text of Proposed Order)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/09/2012 | Ï 13 | DECLARATION re 12 MOTION to Dismiss Based upon Pursuant to Fed. R. Civ. P. 12(B)(6) by Facebook Inc.. (Attachments: # 1 Exhibit)(Caponi, Steven) (Entered: 05/09/2012) |
| 05/15/2012 | Ï | Pro Hac Vice Attorney Heidi L. Keefe,Andrew Mace for Facebook Inc. added for electronic noticing. (rbe) (Entered: 05/15/2012) |
| 05/21/2012 | Ï | Pro Hac Vice Attorney Michael G. Rhodes for Facebook Inc. added for electronic noticing. (dmp, ) (Entered: 05/21/2012) |
| 05/22/2012 | Ï | Pro Hac Vice Attorney Mark R. Weinstein for Facebook Inc. added for electronic noticing. (els) (Entered: 05/22/2012) |
| 05/29/2012 | Ï 14 | ANSWERING BRIEF in Opposition re 12 MOTION to Dismiss Based upon Pursuant to Fed. R. Civ. P. 12(B)(6) filed by Mitel (Delaware) Inc., Mitel Networks Corporation.Reply Brief due date per Local Rules is 6/8/2012. (Hufnal, AnnaMartina) (Entered: 05/29/2012) |
| 06/08/2012 | Ï 15 | REPLY BRIEF re 12 MOTION to Dismiss Based upon Pursuant to Fed. R. Civ. P. 12(B)(6) filed by Facebook Inc.. (Caponi, Steven) (Entered: 06/08/2012) |
| 06/08/2012 | Ï 16 | Disclosure Statement pursuant to Rule 7.1 filed by Facebook Inc.. (Caponi, Steven) (Entered: 06/08/2012) |
| 06/08/2012 | Ï 17 | REQUEST for Oral Argument by Facebook Inc. re 12 MOTION to Dismiss Based upon Pursuant to Fed. R. Civ. P. 12(B)(6). (Caponi, Steven) (Entered: 06/08/2012) |
| 08/13/2012 | Ï 18 | MOTION to Transfer Case to United States District Court for the Northern District of California − filed by Facebook Inc.. (Attachments: # 1 Notice of Motion, # 2 Text of Proposed Order)(Caponi, Steven) (Entered: 08/13/2012) |
| 08/13/2012 | Ï 19 | OPENING BRIEF in Support re 18 MOTION to Transfer Case to United States District Court for the Northern District of California filed by Facebook Inc..Answering Brief/Response due date per Local Rules is 8/30/2012. (Caponi, Steven) (Entered: 08/13/2012) |
| 08/13/2012 | Ï 20 | DECLARATION re 19 Opening Brief in Support, 18 MOTION to Transfer Case to United States District Court for the Northern District of California *(Declaration of Brian Wikner)* by Facebook Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibits 2 through 8)(Caponi, Steven) (Entered: 08/13/2012) |
| 08/13/2012 | Ï 21 | DECLARATION re 19 Opening Brief in Support, 18 MOTION to Transfer Case to United States District Court for the Northern District of California *(Declaration of Jeremy Jordan)* by Facebook Inc.. (Caponi, Steven) (Entered: 08/13/2012) |
| 08/20/2012 | Ï | Pro Hac Vice Attorney Brian P. Wikner for Facebook Inc. added for electronic noticing. (rbe) (Entered: 08/20/2012) |
| 08/30/2012 | Ï 22 | MOTION for Pro Hac Vice Appearance of Attorney Linda L. Kordziel − filed by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 08/30/2012) |
| 08/30/2012 | Ï | SO ORDERED, re 22 MOTION for Pro Hac Vice Appearance of Attorney Linda L. Kordziel filed by Mitel (Delaware) Inc., Mitel Networks Corporation. Ordered by Chief Judge Gregory M. Sleet on 8/30/2012. (asw) (Entered: 08/30/2012) |
| 08/30/2012 | Ï 23 | MOTION for Pro Hac Vice Appearance of Attorney Cherylyn Esoy Mizzo − filed by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 08/30/2012) |
| 08/30/2012 | Ï | |

| | | |
|---|---|---|
| | | SO ORDERED, re 23 MOTION for Pro Hac Vice Appearance of Attorney Cherylyn Esoy Mizzo filed by Mitel (Delaware) Inc., Mitel Networks Corporation. Ordered by Chief Judge Gregory M. Sleet on 8/30/2012. (asw) (Entered: 08/30/2012) |
| 08/30/2012 | Ï 24 | ANSWERING BRIEF in Opposition re 18 MOTION to Transfer Case to United States District Court for the Northern District of California filed by Mitel (Delaware) Inc., Mitel Networks Corporation.Reply Brief due date per Local Rules is 9/10/2012. (Coletti, Susan) (Entered: 08/30/2012) |
| 08/30/2012 | Ï 25 | DECLARATION re 24 Answering Brief in Opposition, *OF CHERYLYN ESOY MIZZO IN SUPPORT OF MITEL NETWORKS CORPORATION AND MITEL (DELAWARE), INC.'S OPPOSITION TO FACEBOOK, INC.'S MOTION TO TRANSFER VENUE* by Mitel (Delaware) Inc., Mitel Networks Corporation. (Attachments: # 1 Exhibits 1–6, # 2 Exhibits 7–12)(Coletti, Susan) (Entered: 08/30/2012) |
| 08/30/2012 | Ï 26 | DECLARATION re 24 Answering Brief in Opposition, *OF THOMAS GRAY* by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 08/30/2012) |
| 08/30/2012 | Ï 27 | DECLARATION re 24 Answering Brief in Opposition, *OF LOGENDRA NAIDOO* by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 08/30/2012) |
| 08/30/2012 | Ï 28 | DECLARATION re 24 Answering Brief in Opposition, *OF DEBBIE PINARD* by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 08/30/2012) |
| 09/10/2012 | Ï 29 | REPLY BRIEF re 18 MOTION to Transfer Case to United States District Court for the Northern District of California filed by Facebook Inc.. (Caponi, Steven) (Entered: 09/10/2012) |
| 09/12/2012 | Ï | ORAL ORDER SCHEDULING A RULE 16.2b SCHEDULING TELECONFERENCE: A Rule 16.2b Scheduling Teleconference has been set for Tuesday, October 2, 2012, at 9:30 AM with the Honorable Gregory M. Sleet. A Joint Status Report (see court website) shall be filed no later than the close of business on Thursday, September 27, 2012. Counsel for plaintiff(s) is directed to arrange the conference call and contact chambers at (302) 573–6470 once all parties are on the line. Ordered by Chief Judge Sleet on 9/12/2012. (ctd) (Entered: 09/12/2012) |
| 09/17/2012 | Ï 30 | REQUEST for Oral Argument by Facebook Inc. re 18 MOTION to Transfer Case to United States District Court for the Northern District of California. (Caponi, Steven) (Entered: 09/17/2012) |
| 09/27/2012 | Ï 31 | Joint STATUS REPORT by Mitel (Delaware) Inc., Mitel Networks Corporation. (Attachments: # 1 Exhibit Proposed Scheduling Order)(Coletti, Susan) (Entered: 09/27/2012) |
| 10/02/2012 | Ï | Minute Entry for proceedings held before Judge Gregory M. Sleet – Telephone Scheduling Conference held on 10/2/2012. Amendment of Parties/Joinder of Parties due by 1/11/2013; Re: Inequitable Conduct due by 5/17/2013., Fact Discovery due by 8/17/2013., Expert Reports: Opening due by 9/28/2013, Answering due by 10/26/2013, Completion of Expert Discovery due by 12/19/2013., Claim Construction Briefing: Opening due by 5/24/2013, Answering due by 6/14/2013., Markman Hearing (4 hrs) set for 7/22/2013 at 9:30 AM., Letter Briefing Re Summary Judgment: Opening due by 2/14/2014, Answering due by 2/28/2014, Reply due by 3/7/2014., Pretrial Order due by 6/13/2014., Pretrial Conference set for 6/30/2014 at 10:00 AM., 7–day Jury Trial set for 7/14/2014 at 9:30 AM. Refer this case to the Magistrate for ADR. Plaintiff's counsel shall prepare a proposed scheduling order and submit to the court by 10/9/2012. (Court Reporter: Kevin Maurer.) (asw) (Entered: 10/02/2012) |
| 10/05/2012 | Ï 32 | Official Transcript of telephone conference held on 10 02 12 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/26/2012. Redacted |

| | | |
|---|---|---|
| | | Transcript Deadline set for 11/5/2012. Release of Transcript Restriction set for 1/3/2013. (kjm) (Entered: 10/05/2012) |
| 10/08/2012 | Ï 33 | Joint PROPOSED ORDER SCHEDULING ORDER re 31 Status Report by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 10/08/2012) |
| 10/16/2012 | Ï | SO ORDERED, re 33 Proposed Order filed by Mitel (Delaware) Inc., Mitel Networks Corporation, ORDER, Setting Scheduling Order Deadlines: Case referred to the Magistrate Judge for the purpose of exploring ADR. ( Claim Construction Opening Brief due by 5/24/2013., Answering due by 6/14/2013., A Pretrial Conference is set for 6/30/2014 at 10:00 AM in Courtroom 4A before Judge Gregory M. Sleet., Amended Pleadings due by 1/11/2013., Inequitable Conduct due by 5/17/2013., Fact Discovery due by 8/17/2013., Expert Reports: Opening due by 9/28/2013, Answering due by 10/26/2013, Completion of Expert Discovery due by 12/19/2013., Letter Briefing Re Summary Judgment: Opening due by 2/14/2014, Answering due by 2/28/2014, Reply due by 3/7/2014., Joinder of Parties due by 1/11/2013., A Markman Hearing (4 hrs) is set for 7/22/2013 at 09:30 AM in Courtroom 4A before Judge Gregory M. Sleet., Proposed Pretrial Order due by 6/13/2014., A 7–day Jury Trial is set for 7/14/2014 at 09:30 AM in Courtroom 4A before Judge Gregory M. Sleet.). Ordered by Chief Judge Gregory M. Sleet on 10/16/2012. (asw) (Entered: 10/16/2012) |
| 10/16/2012 | Ï | CASE REFERRED to Magistrate Judge Christopher J. Burke for Mediation. (dlk) (Entered: 10/17/2012) |
| 10/18/2012 | Ï 34 | ORDER Setting Teleconference: A Telephone Conference is set for 11/15/2012 at 11:00 AM before Judge Christopher J. Burke to discuss ADR. Signed by Judge Christopher J. Burke on 10/18/2012. (dlk) (Entered: 10/18/2012) |
| 10/18/2012 | Ï 35 | STIPULATION TO EXTEND TIME to Submit Proposed Protective Order to October 26, 2012 – filed by Facebook Inc.. (Caponi, Steven) (Entered: 10/18/2012) |
| 10/18/2012 | Ï | SO ORDERED, re 35 STIPULATION TO EXTEND TIME to Submit Proposed Protective Order to October 26, 2012 filed by Facebook Inc. Ordered by Chief Judge Gregory M. Sleet on 10/18/2012. (asw) (Entered: 10/18/2012) |
| 10/26/2012 | Ï 36 | STIPULATION to Extend Time to Submit Proposed Protective Order by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 10/26/2012) |
| 10/31/2012 | Ï | SO ORDERED, re 36 Stipulation filed by Mitel (Delaware) Inc., Mitel Networks Corporation. Ordered by Chief Judge Gregory M. Sleet on 10/31/2012. (asw) (Entered: 10/31/2012) |
| 11/02/2012 | Ï 37 | PROPOSED ORDER – Protective Order by Facebook Inc., Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 11/02/2012) |
| 11/05/2012 | Ï 38 | MOTION for Pro Hac Vice Appearance of Attorney Ruffin D. Cordell, Timothy W. Riffe and Brian J. Livedalen – filed by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 11/05/2012) |
| 11/06/2012 | Ï | SO ORDERED, re 38 MOTION for Pro Hac Vice Appearance of Attorney Ruffin D. Cordell, Timothy W. Riffe and Brian J. Livedalen filed by Mitel (Delaware) Inc., Mitel Networks Corporation. Ordered by Chief Judge Gregory M. Sleet on 11/6/2012. (asw) (Entered: 11/06/2012) |
| 11/08/2012 | Ï | ORAL ORDER SCHEDULING A DISCOVERY TELECONFERENCE (#1): A Discovery Teleconference has been set for Thursday, November 15, 2012, at 9:30 AM with the Honorable Gregory M. Sleet. Counsel for plaintiff(s) is directed to arrange the conference call. A Joint Agenda letter (see court website) shall be filed no later than the close of business on Tuesday, November 13, 2012. The parties shall contact chambers at (302) 573–6470. Ordered by Chief |

| | | |
|---|---|---|
| | | Judge Gregory M. Sleet 11/8/2012. (ctd) (Entered: 11/08/2012) |
| 11/13/2012 | 39 | Joint Letter to The Honorable Gregory M. Sleet from Susan M. Coletti, counsel for Plaintiffs regarding Issue to be discussed at the 11–15–12 discovery teleconference – re Oral Order,. (Coletti, Susan) (Entered: 11/13/2012) |
| 11/14/2012 | 40 | NOTICE OF SERVICE of Plaintiffs' Initial Disclosures by Mitel (Delaware) Inc., Mitel Networks Corporation.(Coletti, Susan) (Entered: 11/14/2012) |
| 11/15/2012 | | Minute Entry for proceedings held before Judge Gregory M. Sleet – Telephone Conference Re: Discovery held on 11/15/2012. Discussion on the disputed item as listed in the joint agenda submission. The court ordered the parties to work out this issue on their own. (Court Reporter: Kevin Maurer.) (asw) (Entered: 11/15/2012) |
| 11/15/2012 | 41 | NOTICE OF SERVICE of Facebook, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) by Facebook Inc..(Caponi, Steven) (Entered: 11/15/2012) |
| 11/21/2012 | | SO ORDERED, re 37 Proposed Order filed by Mitel (Delaware) Inc., Mitel Networks Corporation, Facebook Inc. Ordered by Chief Judge Gregory M. Sleet on 11/21/2012. (asw) (Entered: 11/21/2012) |
| 11/21/2012 | 42 | NOTICE OF SERVICE of Mitel's First Set of Interrogatories and First Set of Requests for Production to Defendant by Mitel (Delaware) Inc., Mitel Networks Corporation.(Coletti, Susan) (Entered: 11/21/2012) |
| 12/12/2012 | 43 | ORDER Setting Teleconference: A Telephone Conference is set for 4/15/2013 at 11:00 AM before Judge Christopher J. Burke. Signed by Judge Christopher J. Burke on 12/12/2012. (dlk) (Entered: 12/12/2012) |
| 12/13/2012 | 44 | NOTICE OF SERVICE of Facebook Inc.'s First Set of Interrogatories and First Set of Requests for Production of Documents to Plaintiffs by Facebook Inc..(Caponi, Steven) (Entered: 12/13/2012) |
| 12/21/2012 | 45 | NOTICE OF SERVICE of Facebook Inc.'s Objections and Responses to Mitel Networks Corporation and Mitel (Delaware) Inc.'s First Set of Request for Production of Documents and Facebook Inc.'s Responses to Mitel Networks Corporation and Mitel (Delaware) Inc.'s First Set of Interrogatories by Facebook Inc..(Caponi, Steven) (Entered: 12/21/2012) |
| 12/26/2012 | | Pro Hac Vice Attorney Cherylyn E. Mizzo,Linda Liu Kordziel for Mitel Networks Corporation added for electronic noticing. (dmp, ) (Entered: 12/26/2012) |
| 01/16/2013 | 46 | NOTICE OF SERVICE of Responses to Facebook, Inc.'s First Set of Interrogatories and First Set of Requests for Production of Documents by Mitel (Delaware) Inc., Mitel Networks Corporation.(Coletti, Susan) (Entered: 01/16/2013) |
| 01/31/2013 | 47 | MOTION to Stay re 18 MOTION to Transfer Case to United States District Court for the Northern District of California, 32 Transcript, – filed by Facebook Inc.. (Attachments: # 1 Proposed Order)(Caponi, Steven) (Entered: 01/31/2013) |
| 01/31/2013 | 48 | DECLARATION re 47 MOTION to Stay re 18 MOTION to Transfer Case to United States District Court for the Northern District of California, 32 Transcript, by Facebook Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Caponi, Steven) (Entered: 01/31/2013) |
| 02/19/2013 | 49 | ANSWERING BRIEF in Opposition re 47 MOTION to Stay re 18 MOTION to Transfer Case to United States District Court for the Northern District of California, 32 Transcript, filed by Mitel (Delaware) Inc., Mitel Networks Corporation.Reply Brief due date per Local Rules is 3/1/2013. (Coletti, Susan) (Entered: 02/19/2013) |

| | | |
|---|---|---|
| 02/25/2013 | Ï 50 | Official Transcript of t/c held on 11/15/12 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/18/2013. Redacted Transcript Deadline set for 3/28/2013. Release of Transcript Restriction set for 5/28/2013. (kjm) (Entered: 02/25/2013) |
| 02/27/2013 | Ï 51 | PROPOSED ORDER Protective Order re 37 Proposed Order *stipulated PROPOSED PROTECTIVE ORDER* by Mitel (Delaware) Inc., Mitel Networks Corporation. (Coletti, Susan) (Entered: 02/27/2013) |
| 03/01/2013 | Ï 52 | REPLY BRIEF re 47 MOTION to Stay re 18 MOTION to Transfer Case to United States District Court for the Northern District of California, 32 Transcript, filed by Facebook Inc.. (Caponi, Steven) (Entered: 03/01/2013) |
| 03/04/2013 | Ï | SO ORDERED, re 51 Proposed Protective Order filed by Mitel (Delaware) Inc., Mitel Networks Corporation. Ordered by Chief Judge Gregory M. Sleet on 3/4/2013. (asw) (Entered: 03/04/2013) |
| 03/27/2013 | Ï 53 | ORDER granting 47 Motion to Stay. Signed by Chief Judge Gregory M. Sleet on 3/27/2013. (asw) (Entered: 03/27/2013) |
| 05/01/2013 | Ï 54 | MEMORANDUM AND ORDER GRANTING 18 MOTION to Transfer Case to United States District Court for the Northern District of California filed by Facebook Inc. Signed by Chief Judge Gregory M. Sleet on 5/1/2013. (asw) (Entered: 05/01/2013) |
| 05/01/2013 | Ï | Case electronically transferred to the United States District Court for the Northern District of California. (asw) (Entered: 05/01/2013) |