UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are not related to the case assigned to me, and such case(s) shall be not be reassigned to me.

| | |
|---|---|
| <u>C 12-04230 PJH</u> | **Facebook, Inc. V. Mitel Networks Corp. Et al** |
| <u>C 13-02073 EMC</u> | **Mitel Networks Corporation et al v. Facebook Inc.** |

**I find that the above case is NOT related to the case assigned to me. PJH**

## CLERK'S NOTICE

      The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                         Richard W. Wieking, Clerk

**DATED: June 14, 2013**             **By:** _____
                                                   **Deputy Clerk**