UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITEL NETWORKS CORP. and MITEL (DELAWARE), INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>       Defendant. | Case No. 13-cv-02073-EMC |

**JOINT STIPULATION OF DISMISSAL AND CONSENT JUDGMENT ORDER**

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiffs Mitel Networks Corp. and Mitel (Delaware), Inc. (collectively "Mitel") and Defendant Facebook, Inc. ("Facebook") have agreed to a final resolution of the claims between them in this action;

Wherefore, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This action is a claim for patent infringement arising under the patent laws of the

1  United States, Title 35 of the United States Code.

2. The Court has jurisdiction over the parties and the subject matter of this action.

3. Mitel owns and has standing to sue for the infringement of United States Patent No. 5,940,834 ("the '834 patent") and United States Patent No. 7,292,685 ("the '685 patent").

4. On March 16, 2012, Mitel filed a lawsuit for alleged patent infringement against Facebook in the U.S. District Court for the District of Delaware, which was later transferred to this district.

5. On September 13, 2012, Facebook filed with the U.S. Patent and Trademark Office a Request for *Inter Partes* Reexamination of claims 1-5 of U.S. Patent No. 7,292,685, Control No. 95/002,229.

6. Facebook and Mitel have entered into a Confidential Settlement Agreement (executed and effective on July3, 2013) ("Agreement") that pertains to this action.

7. Mitel's claims for relief against Facebook in the above-captioned action are hereby dismissed with prejudice.

8. Facebook no longer challenges the validity and enforceability of the '685 patent. Therefore, Facebook's claims, counterclaims, and defenses that were or could have been made regarding the invalidity and unenforceability of each and every claim of the '685 patent are dismissed with prejudice.

9. This Order represents a final decision and an adjudication on the merits of all claims, counterclaims, and defenses that were or could have been made in this action between Mitel and Facebook with respect to (a) the '834 patent, and each and every claim therein, (b) the '685 patent, and each and every claim therein, and (c) the accused Facebook products, and all such claims are hereby dismissed with prejudice.

10. The Court further orders and decrees that this Consent Judgment Order is intended and shall constitute, for purposes of 35 U.S.C. § 317(b), a final decision entered against a party (i.e. Facebook) in a civil action arising in whole or in part under section 1138 of

title 28, that the party (i.e., Facebook) has not sustained its burden of proving the invalidity of any patent claim in suit, with all claims (1-5) of the '685 patent having been in suit.

11. This stipulation shall not be construed as an admission by Facebook that any claim of the '685 patent is valid or enforceable, or as an admission that Facebook agreed with any of the arguments or positions presented by Mitel in any proceeding.

12. Each party shall bear its own costs and attorneys' fees.

13. This Court shall retain jurisdiction for purposes of enforcing the terms of the Agreement and this Consent Judgment.

SUBMITTED BY:

*/s/ Tamara Fraizer*
Tamara Fraizer (SBN 215942)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
fraizer@fr.com
Tel:  (650) 839-5070
Fax:  (650) 839-5071

**Attorneys for Plaintiffs
MITEL NETWORKS CORP. and
MITEL (DELAWARE), INC.**

*/s/ Heidi L. Keefe*
Heidi L. Keefe (178960)
(hkeefe@cooley.com)
Mark R. Weinstein (193043)
(mweinstein@cooley.com)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: 650-843-5000
Fax: 650-849-7400

**Attorneys for Defendant
Facebook, Inc.**

1 | PURSUANT TO THE FOREGOING, IT IS SO ORDERED.
2 | Dated: _____7/12_____, 2013

*IT IS SO ORDERED*

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA